**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 6, 2022

**BY ECF**
Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. Antony Perez,
22 Cr. 333 (JPO)**

Dear Judge Oetken:

I write with no objection from the government to request that the conference scheduled for Friday, September 9, be adjourned by approximately 30 days. The requested adjournment will give Mr. Perez and me additional time to review the discovery together and to research potential motions. We have no objection to the exclusion of time until the next conference under 18 U.S.C. § 3161(h)(7).

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749 / (646) 842-2622

> Granted. The September 9, 2022 pretrial conference is adjourned to October 19, 2022 at 12:00 pm. The Court hereby excludes time through October 19, 2022, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
> So ordered:
> September 6, 2022

_____
J. PAUL OETKEN
United States District Judge