# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

*Southern District of New York*
*Jennifer L. Brown*
Attorney-in-Charge

October 12, 2022

**BY ECF**
Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. Antony Perez,**
        **22 Cr. 333 (JPO)**

Dear Judge Oetken:

I write with the consent of the government to request that the conference scheduled for October 19 be adjourned to the week of November 28, 2022, or later.  I make this request because the parties are involved in late-stage plea discussions.  If the Court grants this adjournment, it should also exclude the time until the next conference pursuant to 18 U.S.C. § 3161(h)(7).

Respectfully submitted,

/s/ _____
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749 / (646) 842-2622

Granted.  The October 17, 2022 pretrial conference is adjourned to November 29, 2022 at 12:00 pm.  The Court hereby excludes time through November 29, 2022, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
 So ordered:
 10/12/2022

_____
J. PAUL OETKEN
United States District Judge