**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 28, 2022

**BY ECF**

Hon. J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re: **United States v. Anthony Perez**, 22 Cr. 333 (JPO)

Dear Judge Oetken:

    Last week, the Court set a briefing schedule for a forthcoming motion to dismiss one of the counts in this case, and scheduled oral argument on that motion for February 17, 2023 at 11 a.m. (ECF No. 15). Due to a scheduling conflict, the Government respectfully requests, with the consent of the defense, a brief adjournment in the oral argument. The Government understands from discussions with chambers that the Court is available to hold oral argument on February 28, 2023, at 2:30 p.m.

    The Court has already excluded Speedy Trial Act time through February 17, 2023, and, in light of the forthcoming motion, the Government does not believe an additional exclusion is necessary. *See* 18 U.S.C. § 3161(h)(1)(D).

> Granted.
> The February 17, 2023 pretrial conference is adjourned to February 28, 2023 at 2:30 pm.
> So ordered: Nov. 29, 2022

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Patrick R. Moroney
Assistant United States Attorney
(212) 637-2330

_____
J. PAUL OETKEN
United States District Judge