UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
: 
UNITED STATES OF AMERICA :
: **ORDER**
- v. - :
: 22 Cr. 333 (JPO)
ANTHONY PEREZ, :
:
Defendant. :
:
:
------------------------------ x

WHEREAS, with the defendant's consent, his guilty plea allocution was made before United States Magistrate Judge Ona T. Wang on April 28, 2023;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of that transcript and the record in this case, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         May 2, 2023

_____
J. PAUL OETKEN
United States District Judge